ALICE THOMPSON, AS EXECUTRIX OF THE ESTATE OF
CHARLES GUSTAFSON, DECEDENT, GEORGE GUSTAF-
SON AND OTHERS v. JOHN BERG AND ANOTHER.[1]

April 13, 1922.

No. 22,948.

Order for judgment in municipal court not appealable—Order dismissing
such an order not appealable—Appeal lies only from judgment.. [Re-
porter.]

Action in the municipal court of Crookston for restitution of certain
premises. The case was tried before Gossman, J., who ordered judgment
in favor of plaintiffs. From the order for judgment and judgment entered
pursuant to the order for judgment, defendants appealed to the district
court for Polk county where plaintiff's motion to dismiss the appeal was
granted by Watts, J. From the order dismissing the appeal, defendants
appealed. Appeal dismissed.

*J. A. Hendricks,* for appellants.

*James E. Montague,* for respondent.

PER CURIAM.

The appeal in this case is from an order dismissing an appeal from the
municipal court of the city of Crookston. The order appealed from orders
that "judgment be entered accordingly." The practice in such cases is the
same as in appeals from justice to district courts. Laws 1895, p. 589, c. 229,
§ 38; G. S. 1913, § 280; Santala v. Hill, 143 Minn. 289, 173 N. W. 651. An
order dismissing such an appeal is not appealable. Appeal lies only from
the judgment entered in district court. Graham v. Conrad, 66 Minn. 470,
69 N. W. 215.

The appeal is therefore dismissed.

[1]Reported in 187 N. W. 703.